OPINION — AG — **** RETIREMENT SYSTEM — COUNTY EMPLOYEES — PARTICIPATION **** GARVIN COUNTY EMPLOYEES QUALIFY FOR RETIREMENT AND VESTED DEFERRED BENEFITS COMPUTED UNDER 74 O.S. 1968 Supp., 902 [74-902]. THE RETIREMENT SYSTEM INCURRED ADDITIONAL ACTUARIAL OBLIGATIONS AND THESE SHOULD BE INCLUDED IN THE WITHDRAWAL PAYMENT TO BE TENDERED BY THE COUNTY. CITE: 74 O.S. 1967 Supp., 910 [74-910] DON TIMBERLAKE